UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Iowa, et al. vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2173 for the following party(s): (please specify)

First Amendment Legal Scholars

| Appellant(s) | Petitioner(s) | Appellee(s) | Respondent(s) | ✔ Amicus Curiae | Intervenor(s) |

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Ramya Krishnan    s/: Ramya Krishnan

Firm Name: Knight First Amendment Institute at Columbia University

Business Address: 475 Riverside Dr. Suite 302

City/State/Zip: New York, NY 10115

Telephone Number (Area Code): 646-745-8500

Email Address: ramya.krishnan@knightcolumbia.org

**CERTIFICATE OF SERVICE**

✔ I hereby certify that on 8/16/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: