# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: ___National Center for Public Policy Research___ vs.___SEC___

**The Clerk will enter my appearance as Counsel in Appeal No.** ___24-2173___ for the following party(s): (please specify)

> Institutional Investors, except for amicus curiae California State Teachers' Retirement System (CalSTRS), which is represented solely by its general counsel, Brian J. Bartow.

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: ___Geoffrey Cajigas___  s/: ___Geoffrey Cajigas___

Firm Name: ___Friedman Kaplan Seiler Adelman & Robbins LLP___

Business Address: ___7 Times Square___

City/State/Zip: ___New York, NY 10036-6516___

Telephone Number (Area Code): ___212-833-1187___

Email Address: ___gcajigas@fklaw.com___

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on ___8/21/24___, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: