# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br><br>*Petitioner,*<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>*Respondent.* | No. 24-2173<br><br>*Consolidated with Nos. 24-1522, 24-1624, 24-1626, 24-1627, 24-1628 24-1631, 24-1634, 24-1685* |

## MOTION TO WITHDRAW AS COUNSEL

Please take notice that Sheng Li will be departing from the New Civil Liberties Alliance effective May 2, 2025, and hereby moves to withdraw his appearance as counsel for Petitioner National Center for Public Policy Research in the above-captioned consolidated matter. The National Center for Public Policy Research will continue to be represented by Andrew Morris of the New Civil Liberties Alliance.

Dated: April 30, 2025

Respectfully submitted,

/s/ Sheng Li
Sheng Li
NEW CIVIL LIBERTIES ALLIANCE
4250 North Fairfax Dr., Suite 300
Arlington, VA  22203
(202) 569-5280
Sheng.Li@ncla.legal

*Counsel for Petitioner National Center for Public Policy Research*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2) because it contains 64 words.

This motion complies with the typeface and type style requirements of Rule 27(d)(1)(E) because this motion has been prepared in a proportionately spaced typeface, 14-point Times New Roman.

I further certify that this motion has been scanned for viruses and is virus-free.

Dated: April 30, 2025                      */s/ Sheng Li*
                                                                               Sheng Li

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, an electronic copy of the foregoing motion was filed with the Clerk of Court for the U.S. Court of Appeals for the Eighth Circuit using the appellate CM/ECF system, and service will be accomplished on all registered counsel by the appellate CM/ECF system.

Dated: April 30, 2025                      */s/ Sheng Li*
                                                                               Sheng Li